IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

EUGENE PETERSON, JR.,

   Petitioner,

     v.

FREDERICK HEAD, Warden,

   Respondent.

CIVIL ACTION FILE
NO. 1:05-CV-1159-TWT

OPINION AND ORDER

     This is a pro se habeas corpus action.  It is before the Court on the Report and Recommendation [Doc. 11] of the Magistrate Judge recommending that the Petition be dismissed.  The Petitioner's federal constitutional rights were not violated by trying the two robbery cases together.  There was sufficient evidence for the jury to find the Defendant guilty beyond a reasonable doubt.  The Petitioner has not shown that his trial or appellate counsel were ineffective; the new claims are procedurally barred.  After careful consideration of the Petitioner's Objections, the Court approves and adopts the Report and Recommendation as the judgment of the Court.  This action is DISMISSED.

SO ORDERED, this 17 day of March, 2006.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge